**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
ROWE PLASTIC SURGERY OF NEW JERSEY, :
L.L.C., et al., :
:  22-cv-7900 (JLR) (OTW)
Plaintiffs, :
:  **ORDER**
-against- :
:
AETNA HEALTH AND LIFE INSURANCE :
COMPANY, :
:
Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, December 20, 2023 at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The Clerk of Court is directed to file this Order in all the related cases Judge Wang is the Magistrate Judge assigned (22-cv-8713, 22-cv-9328, 22-cv-9427, 23-cv-1373, 23-cv-6206, 23-cv-8504 and 23-cv-8514).

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: November 16, 2023          **Ona T. Wang**
New York, New York                United States Magistrate Judge