**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

IN RE ROWE PLASTIC SURGERY LITIGATION,

22-CV-7900 (JLR) (OTW)
22-CV-8713 (JLR) (OTW)
22-CV-9328 (JPC) (OTW)
22-CV-9427 (AT) (OTW)
23-CV-1373 (RA) (OTW)
23-CV-6206 (SHS) (OTW)
23-CV-8140 (JGK) (OTW)
23-CV-8297 (LGS) (OTW)
23-CV-8509 (SHS) (OTW)
23-CV-8512 (ER) (OTW)
23-CV-8514 (LJL) (OTW)
23-CV-8504 (JLR) (OTW)

**ORDER**

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference on Wednesday, December 20, 2023 for the above-captioned, unrelated cases.

For the reasons discussed at the status conference, these cases are hereby **STAYED**.

The Clerk of Court is respectfully directed to file this order in each of the above-captioned cases.

**SO ORDERED.**

Dated: December 22, 2023
New York, New York

_s/ Ona T. Wang_____
**Ona T. Wang**
United States Magistrate Judge