UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IN RE ROWE PLASTIC SURGERY LITIGATION,

22-CV-7900 (JLR) (OTW)
22-CV-8713 (JLR) (OTW)
22-CV-9328 (JPC) (OTW)
22-CV-9427 (AT) (OTW)
23-CV-1373 (RA) (OTW)
23-CV-6206 (SHS) (OTW)
23-CV-7049 (JHR) (OTW)
23-CV-8140 (JGK) (OTW)
23-CV-8297 (LGS) (OTW)
23-CV-8509 (SHS) (OTW)
23-CV-8512 (ER) (OTW)
23-CV-8514 (LJL) (OTW)
23-CV-8504 (JLR) (OTW)

**ORDER**

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On December 12, 2023, the above-captioned cases were stayed. (*See, e.g.*, Index No. 22-CV-7900, ECF 50). On September 27, 2024, the 2d Circuit affirmed Judge Rakoff's decision to grant the defendant's motion to dismiss under Rule 12(b)(6). *See Rowe Plastic Surgery of New Jersey, L.L.C., v. Aetna Life Insurance Co.*, 23-8083, 2024 WL 4315128 (2d Cir. Sept. 27, 2024).

The parties in the above-captioned cases are directed to submit joint status letters in their respective dockets by **Friday, October 11, 2024.**

The Clerk of Court is respectfully directed to file this order in each of the above-captioned cases.

**SO ORDERED.**

Dated: October 2, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge