# Lewin & Baglio, LLP
#### Attorneys and Counselors at Law

| | |
|---|---|
| Partners:<br>Lev J. Lewin, Esq.<br>Michael P. Baglio, Esq. | 1100 Shames Drive<br>Suite 100<br>Westbury, NY 11590<br>(516) 307-1777 (Office)<br>(516) 307-1770 (Fax) |

January 22, 2025

**VIA ECF**

Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> The requested extension is GRANTED. Plaintiffs' objections shall be due January 31, 2025.
>
> **SO ORDERED.**
>
> Date: January 23, 2025
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

**RE: ROWE PLASTIC SURGERY OF NEW JERSEY, L.L.C. & NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C. against AETNA HEALTH and LIFE INSURANCE COMPANY; 1:22-cv-07900-JLR-OTW; REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION**

Your Honor:

Lewin & Baglio, LLP, represents the Plaintiff(s) in the above matter. We write to request an extension of our time to submit objections to Magistrate Judge Wang's Report and Recommendation ("R +R) issued of January 14, 2025, which reconsidered her R+R of January 13, 2025.

Plaintiffs' objections to Magistrate Judge Wang's R + R of January 14, 2025, are due January 28, 2025. We seek to extend that time to January 31, 2025. This is Plaintiffs' first request for an extension of time. Counsel for Defendant takes no position regarding this request.

Lewin & Baglio, LLP, is available at the Court's convenience to answer any questions concerning this request.

Respectfully,

By: Brendan J. Kearns

Lewin & Baglio, LLP

Attorneys for Plaintiffs

CC: All Counsel via ECF